IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY JAMES SILER, JR., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:23cv383-MHT (WO) |
| JULIE MOODY, et al., | ) ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the defendants' actions requiring him to undergo a DNA test were unlawful. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted and the case dismissed without prejudice.

An appropriate judgment will be entered.

DONE, this the 29th day of August, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE